| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter you are filing under: <br> ☐ Chapter 7 <br> ☑ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors.  For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car.  When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them.  In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2.  The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:  Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Georganne** <br> First Name <br><br> _____ <br> Middle Name <br><br> **Durrill** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | **Georganne** <br> First Name <br><br> _____ <br> Middle Name <br><br> **Gasaway** <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _9_ _0_ _2_ _8_ <br><br> OR <br><br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br><br> OR <br><br> 9xx – xx – ___ ___ ___ ___ |

Debtor 1  **Georganne Durrill**                                    Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and doing business as names | ☐ I have not used any business names or EINs.<br><br>**Your Sign Company**<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>**3 7 – 1 5 9 0 5 7 2**<br>EIN<br><br>__ __ – __ __ __ __ __ __<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>__ __ – __ __ __ __ __ __<br>EIN<br><br>__ __ – __ __ __ __ __ __<br>EIN |
| 5. Where you live | **22 Hewit Drive**<br>Number     Street<br><br>_____<br><br>_____<br><br>**Corpus Christi     TX     78404**<br>City                State     ZIP Code<br><br>**Nueces**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State     ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br><br>_____<br>City                State     ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State     ZIP Code |
| 6. Why you are choosing this district to file for bankruptcy | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.) |

### Part 2:   Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

    *Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

    ☐ Chapter 7

    ☑ Chapter 11

    ☐ Chapter 12

    ☐ Chapter 13

Debtor 1   **Georganne Durrill**                         Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____   When _____ (MM/DD/YYYY)   Case number _____
District _____   When _____ (MM/DD/YYYY)   Case number _____
District _____   When _____ (MM/DD/YYYY)   Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____   Relationship to you _____
District _____   When _____ (MM/DD/YYYY)   Case number, if known _____

Debtor _____   Relationship to you _____
District _____   When _____ (MM/DD/YYYY)   Case number, if known _____

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Georganne Durrill**                                      Case number (if known) _____

### Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                       State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?  _____
                         Number    Street

_____

_____  _____  _____
City                       State    ZIP Code

Debtor 1    **Georganne Durrill**                                          Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Georganne Durrill**                           Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.
☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
   ☐ No
   ☐ Yes

**18. How many creditors do you estimate that you owe?**
☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| | | |
|---|---|---|
| Debtor 1 | **Georganne Durrill** | Case number (if known) |

### Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Georganne Durrill**
Georganne Durrill, Debtor 1

Executed on **07/06/2018**
MM / DD / YYYY

X _____
Signature of Debtor 2

Executed on _____
MM / DD / YYYY

Debtor 1  **Georganne Durrill**                                         Case number (if known)

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Reese W. Baker**                                     Date  **07/06/2018**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Reese W. Baker**
Printed name

**Baker & Associates**
Firm Name

**950 Echo Lane**
Number         Street

**Suite 200**


**Houston**                                                **TX**          **77024**
City                                                        State         ZIP Code

Contact phone  **(713) 869-9200**        Email address  **courtdocs@bakerassociates.net**

**01587700**                                               **TX**
Bar number                                                 State

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

IN RE:  **Georganne Durrill**  CASE NO

CHAPTER  **11**

## COVERSHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors, which consists of _____ page(s), is true, correct and complete to the best of my knowledge.

Date  7/6/2018                    Signature  /s/ Georganne Durrill
                                              *Georganne Durrill*

Date  _____           Signature  _____

```
Bankamerica
4909 Savarese Cir
Tampa, FL 33634



Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899



Bowen Enterprises
1006 Texas Ave
Corpus Christi, TX 78404



Chase Card
Po Box 15298
Wilmington, DE 19850



Comenitybank/chadwicks
Po Box 182789
Columbus, OH 43218



Commonwealth Financial
245 Main St
Dickson City, PA 18519



Consolidated Rcvy Grp
1835 S Centre City Pkwy
Escondido, CA 92025



Craig S Smith
14493 S Padre Island Drive
Suite A Pmb 240
Corpus Christi, TX 78414



Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193
```

Credit Systems Intl In
1277 Country Club Ln
Fort Worth, TX 76112


David Bright
Sico Hoelshcer Harris &  Braught
802 N. Carancahua St Suite 900
Corpus Christi, Texas 78401


Direct TV
P.O. Box 78626
Phoenix, AZ 85062


Dish Network
Dept.0063
Palantine, IL 60655-0063


Farmers Insurance
P.O. Box 149041
Austin, TX 78714-9041


Frost Bank
Po Box 1600
San Antonio, TX 78296


Ginger Lee Durrill
4026 Drummond St
Houston, Texas 77025


Golden Rule Foundation
PO Box 3707
Corpus Christi, TX 78463


I C System Inc
Po Box 64378
Saint Paul, MN 55164

```
Internal Revenue Service
300 E 8th Stop 5026 AUS
Austin, TX 78701



Internal Revenue Service
Insolvency Section
1919 Smith St  Stop 5022 HOU
Houston, TX 77002


JA "Tony" Canales
c/o Canales & Simonson, PC
2601 Morgan Ave
Corpus Christi, TX 78405



Jeffrey J. Lehrman
Anderson Lehrman Barre & Marist
Gaslight Square
1001 Third Street Suite 1
Corpus Christi, Texas 78404

Jennifer Bowen
2829 Ocean Drive
Corpus Christi, TX 78404



Jerry Setliff
13941 Riverway Drive
Corpus Christi, TX 78410



Kia Motors Finance
4000 MacArthur Blvd Ste
Newport Beach, CA 92660



M & T Bank
1 Fountain Plz
Buffalo, NY 14203



Mark Gasaway
22199 IH 45 Feeder Road North
Buffalo, TX 75831
```

```
Melissa Durrill Holtz
625 Dell Court
Washington, Michigan 48094


Michell Durrill Gourley
Gourley Contracting
4921 Ambassador Road
Corpus Christi, Texas 78416


Nicholas V Rothschild
Rothschild Law Firm
1728 Santa Fe Street
Corpus Christi, TX 78404


Nueces County Tax Assessor
Kevin Kieschnick Tax Assessor
P O Box 2810
Corpus Christi, Texas  78403


Online Collections
Po Box 1489
Winterville, NC 28590


Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk, VA 23502


Richard Charles Gasaway
309 Hunters Lane
Friendswood, TX 77546


Richard Cruise
Hartline Dacus Barger & Dreyer LLP
800 N. Shoreline Drive Suite 2000N
Corpus Christi, Texas 78401


Richard L. Leshin
Welder Leshin LLP
800 N. Shoreline Suite 300N
Corpus Christi, Texas 78401
```

Robert Anderson
101 Third Street, Suite 1
Corpus Christi, Texas  78404


Roger Saenz, PC
601 E Main Street, Ste. 250
Alice, TX 78332


Syncb/mervyns
Po Box 965005
Orlando, FL 32896


Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333


The Estate of William R. Durrill
c/o Robert Anderson
615 S. Upper Broadway St
Corpus Christi, Texas 78401-3432


Tnb - Target
Po Box 673
Minneapolis, MN 55440


Txu Energy
200 W John Carpenter Fwy
Irving, TX 75039


William Durrill Jr.
615 S Upper Broadway
Corpus Christi, Texas 784041