UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
CORPUS CHRISTI DIVISION

CASE NAME: GEORGANNE DURRILL

Petition Date: 05/20/2019

CASE NUMBER: 18-20295

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF April-2019

All Individual Debtor-In-Possession Checking, Savings, Brokerage Accounts:

BANK NAME:    ACCOUNT NO.:

1. BANK OF AMERICA    4418
2. CORPUS CHRISTI S.P. CREIT UNION    4370
3. BANK OF AMERICA - SAVINGS    3362

(attach list if needed)

All Non-Debtor-In-Possession Accounts:

BANK NAME:    ACCOUNT NO.:

1. BANK OF AMERICA - HOME & TAXES    5173
2.
3.

(attach list if needed)

A copy of a reconciled statement should be attached for each and all accounts.

Total Disbursements from MOR-7    +    Total Disbursements from MFR-2    =    Total Disbursements
Or Small Business Exhibit B-1
(When the debtor is a sole proprietorship)      (When the debtor is an Individual)

$ 2,401.95           $ 2,401.95

What is the status of your Plan of Reorganization? **PENDING**

Are all U. S. Trustee Quarterly Fee Payments current? Yes [ ] No [X]

Have any pre-petition liabilities been paid ? Yes [ ] No [X]   If so, explain

Are all post-petition liabilities, including taxes, being paid within terms? Yes [✓] No [ ]

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**Attorney Name:** REESE W. BAKER
**Firm:** BAKER & ASSOCIATES
**Address:** 950 ECHO LANE SUITE 200
**Address:**
**City, State, Zip:** HOUSTON, TEXAS
**Telephone:** 713-869-9200

I certify, under penalty of perjury, that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED *Georganne Durrill*
(ORIGINAL SIGNATURE)
GEORGANNE DURRILL

MFR-1

This FORM is for INDIVIDUALS ONLY

Petition Date: 05/20/2019

CASE NAME: GEORGANNE DURRILL

CASE NUMBER: 18-20295

# CASH RECEIPTS AND DISBURSEMENTS

| | SCHEDULE I & J | 2019 MONTH April | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| RECEIPTS | | | | | | | |
| 1. CASH - BEGINNING OF MONTH | | $1,002.54 | | | | | |
| 2. Wages, Salary, Commissions (net) | | 700.00 | | | | | |
| 3. Rents, Royalties, Dividends, Interest | | | | | | | |
| 4. Social Security, Pension, etc. | | 1,648.00 | | | | | |
| 5. Other (attach list) | | 88.78 | | | | | |
| TOTAL RECEIPTS | $0.00 | $2,436.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | | 637.23 | | | | | |
| 7. Utilities (electric/gas, water, telephone) | | 25.89 | | | | | |
| 8. Home Maintenance (repairs and upkeep) | | | | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 647.44 | | | | | |
| 10. Medical and Dental | | 37.67 | | | | | |
| 11. Transportation (not including car payment) | | 51.09 | | | | | |
| 12. Recreations, Clubs, and Entertainment | | | | | | | |
| 13. Insurance (not included in wages or home mortgage) | | 314.57 | | | | | |
| 14. Taxes (not included in wages or home mortgage) | | | | | | | |
| 15. Auto Payment | | 509.16 | | | | | |
| 16. Credit Cards | | | | | | | |
| 17. Other (attach list) | | 178.90 | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | | $2,401.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. PROFESSIONAL FEES | | | | | | | |
| 19. U.S. TRUSTEE FEES | | | | | | | |
| TOTAL DISBURSEMENTS | $0.00 | $2,401.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. NET CASH FLOW | 0.00 | 34.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $0.00 | $1,037.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFR-2

Revised 1/31/2014

GEORGANNE DURRILL

MAY 20, 2019

## 5. WAGES-SALARY

OTHER

| | | | | |
|---|---|---|---|---|
| 4/15 | REFUND | $88.77 | | |
| 4/16 | REFUND | 0.01 | | 88.78 |

## 17. OTHER

| | | | |
|---|---|---|---|
| 4/4 | TRANSFER TO 9071 | $150.00 | |
| 4/10 | GOTPRINT, BUSINESS CARDS | 28.90 | $178.90 |

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: GEORGANNE DURRILL

CASE NUMBER: 18-20295

# POST-PETITION LIABILITIES

| | MONTH<br>April 2019 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| SECURED: | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TAXES: | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MFR-3

Revised:1/31/2014