

P.O. Box 15284
Wilmington, DE 19850

GEORGANNE DURRILL
22 HEWIT DR
CORPUS CHRISTI, TX 78404-1663

**Customer service information**

- Customer service: 1.800.432.1000
- TDD/TTY users only: 1.800.288.4408
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your combined statement
for April 06, 2019 to May 7, 2019

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Plus Banking | 4418 | $39.45 | Page 3 |
| Adv Plus Banking | 5173 | $4,493.39 | Page 7 |
| **Total balance** | | **$4,532.84** | |

PULL: 0  CYCLE: 3  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: HOU

Page 1 of 8

GEORGANNE DURRILL | Account # ▓▓▓▓ 4418 | April 6, 2019 to May 7, 2019

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



Bank of America, N.A. Member FDIC and  Equal Housing Lender



## Your Adv Plus Banking

**GEORGANNE DURRILL**

Account number: 4418

### Account summary

| | |
|---|---|
| Beginning balance on April 6, 2019 | $17.15 |
| Deposits and other additions | 2,436.78 |
| ATM and debit card subtractions | -2,099.91 |
| Other subtractions | -314.57 |
| Checks | -0.00 |
| Service fees | -0.00 |
| Ending balance on May 7, 2019 | $39.45 |

**The six-month fee waiver on your new Rewards Savings account will expire soon.**
We hope you are enjoying your new account. As a reminder, after the waiver expires you can continue to avoid the $8 Monthly Maintenance Fee each statement cycle if you maintain a $500 minimum daily balance, enroll in the Preferred Rewards Program, OR link your savings account to an eligible checking account. For more information, please visit bankofamerica.com/fees to review the Personal Schedule of Fees.

### Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 04/08/19 | Online Banking transfer from CHK 90/1 Confirmation# 7358979511 | 700.00 |
| 04/15/19 | CHECKCARD 0412 MACYS LA PALMERA CORPUS CHRISTTX 05436849102200004154 | 88.77 |
| 04/16/19 | ETSY INC    DES:DEPOSIT   ID:57942827  INDN:GEORGANNE DURRILL    CO ID:3204898921 PPD | 0.01 |
| 04/24/19 | SSA TREAS 310   DES:XXSOC SEC  ID:XXXXXXXXXD2 SSA  INDN:GEORGANNE C DURRILL    CO ID:9031036360 PPD | 1,648.00 |
| | Total deposits and other additions | $2,436.78 |

GEORGANNE DURRILL | Account #XXXXXXXX4418 | April 6, 2019 to May 7, 2019

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 04/08/19 | BARNESNOBLE   04/06 #000025372 PURCHASE 5129 Blanche D Mo  Corpus Christ TX | -20.51 |
| 04/08/19 | CHECKCARD 0407 SHIPLEY DONUTS - CORPUS CHRISTTX 05314619098500207448480 | -13.18 |
| 04/08/19 | H-E-B #210   04/08 #000508539 PURCHASE 4320 S ALAMEDA   CORP CHRISTI TX | -122.85 |
| 04/09/19 | CHECKCARD 0408 LOVE S TRAVEL 000 SINTON    TX 15410199099111010149226 | -23.67 |
| 04/09/19 | CHECKCARD 0409 WILLIAMS-SONOMA E 800-541-1262 CA 55432869099200797729835 | -16.18 |
| 04/10/19 | CHECKCARD 0410 GOTPRINT.COM 818-252-3000 CA 55432869100200881532621 | -28.90 |
| 04/12/19 | MACY'S   5488 04/12 #000611087 PURCHASE MACY'S   5488 S  CORPUS CHRIST TX | -29.23 |
| 04/12/19 | MACY'S   5488 04/12 #000616180 PURCHASE MACY'S   5488 S  CORPUS CHRIST TX | -32.46 |
| 04/12/19 | WALGREENS 4161 04/12 #000622349 PURCHASE WALGREENS 4161 S   CORPUS CHRIST TX | -8.11 |
| 04/15/19 | CHICO'S # 3844 04/13 #000820324 PURCHASE CHICO'S # 3844 S   CORPUS CHRIST TX | -11.29 |
| 04/15/19 | CHECKCARD 0413 QUEEN NAILS AND S CORPUS CHRISTTX 85428149104980025052844 | -20.00 |
| 04/15/19 | H-E-B #210   04/13 #000903953 PURCHASE 4320 S ALAMEDA   CORP CHRISTI TX | -15.19 |
| 04/15/19 | H-E-B #413   04/14 #000653953 PURCHASE 3133 S ALAMEDA   CORPUS CHRIST TX | -37.09 |
| 04/19/19 | H-E-B #413   04/19 #000213175 PURCHASE 3133 S ALAMEDA   CORPUS CHRIST TX | -13.60 |
| 04/22/19 | CHECKCARD 0420 1681 GREAT CLIPS CORPUS CHRISTTX 25247809111001935711018 | -16.00 |
| 04/22/19 | CVS/PHARMACY # 04/20 #000022346 PURCHASE 02328--GLAZEBROOK  CORPUS CHRIST TX | -2.70 |
| 04/24/19 | CHECKCARD 0424 WU Hyundai/WU Irvine   CA | -509.16 |
| 04/24/19 | WM SUPERCENTER 04/24 #000871452 PURCHASE Wal-Mart Super Ce  CORPUS CHRIST TX | -8.15 |
| 04/25/19 | CHECKCARD 0424 CHICKEN EXPRESS S CORPUS CHRISTTX 05227029115500227398381 | -19.47 |
| 04/25/19 | H-E-B #413   04/25 #000812602 PURCHASE 3133 S ALAMEDA   CORPUS CHRIST TX | -89.19 |
| 04/26/19 | CHECKCARD 0426 AMZN Mktp US*MZ18 Amzn.com/billWA 55432869116200409438774 | -6.29 |
| 04/26/19 | CHECKCARD 0425 AMZN Mktp US*MZ7E Amzn.com/billWA 55432869115200368572440 | -6.05 |
| 04/26/19 | H-E-B #413   04/26 #000935839 PURCHASE 3133 S ALAMEDA   CORPUS CHRIST TX | -49.65 |
| 04/26/19 | CHECKCARD 0426 H-E-B GAS/CARW CORPUS CHRIS TX | -27.42 |
| 04/29/19 | H-E-B #210   04/27 #000987063 PURCHASE 4320 S ALAMEDA   CORP CHRISTI TX | -42.62 |
| 04/29/19 | H-E-B #413   04/28 #000129732 PURCHASE 3133 S ALAMEDA   CORPUS CHRIST TX | -90.32 |
| 04/29/19 | LOWE'S #1825   04/29 #000287164 PURCHASE 1530 AIRLINE ROAD  CORPUS CHRSTI TX | -9.71 |
| 04/30/19 | CHECKCARD 0429 CHICKEN EXPRESS S CORPUS CHRISTTX 05227029120500241188175 | -34.63 |
| 05/02/19 | CHECKCARD 0501 Etsy Inc Seller F Brooklyn    NY 15270219121001159274942 | -0.20 |
| 05/02/19 | CHECKCARD 0502 WU Hyundai/WU Irvine   CA | -508.37 |
| 05/03/19 | H-E-B #413   05/03 #000679451 PURCHASE 3133 S ALAMEDA   CORPUS CHRIST TX | -130.18 |
| 05/06/19 | CHECKCARD 0505 WAL-MART #1494 CORPUS CHRISTTX | -5.00 |
| 05/06/19 | WAL Wal-Mart S 05/05 #000139883 PURCHASE 1494 WAL-SAMS   CORPUS CHRIST TX | -39.16 |

continued on the next page



GEORGANNE DURRILL | Account # ▓▓▓▓▓▓▓▓▓▓ | April 6, 2019 to May 7, 2019

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 05/06/19 | CHECKCARD 0505 WM SUPERCENTER CORPUS CHRISTTX | -12.00 |
| 05/06/19 | H-E-B #413  05/06 #000986660 PURCHASE 3133 S ALAMEDA   CORPUS CHRIST TX | -13.21 |
| 05/07/19 | CHECKCARD 0507 MURPHY7628ATWA CORPUS CHRISTTX | -75.00 |
| 05/07/19 | H-E-B #210  05/07 #000803148 PURCHASE 4320 S ALAMEDA   CORP CHRISTI TX | -13.17 |
| | **Total ATM and debit card subtractions** | **-$2,099.91** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 04/09/19 | PROG COUNTY MUT  DES:INS PREM  ID:XXXXXXXXX Georg  INDN:Georganne Durrill   CO ID:9409348153 PPD | -314.57 |
| | **Total other subtractions** | **-$314.57** |

GEORGANNE DURRILL | Account #5969~~~~~~~~ | April 6, 2019 to May 7, 2019



**Bank of America**

Account number: ●●●● ●●●● 5173

# Your Adv Plus Banking

**GEORGANNE DURRILL**

## Account summary

| | |
|---|---|
| Beginning balance on April 6, 2019 | $5.39 |
| Deposits and other additions | 4,500.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on May 7, 2019** | **$4,493.39** |

**The six-month fee waiver on your new Rewards Savings account will expire soon.**
We hope you are enjoying your new account. As a reminder, after the waiver expires you can continue to avoid the $8 Monthly Maintenance Fee each statement cycle if you maintain a $500 minimum daily balance, enroll in the Preferred Rewards Program, OR link your savings account to an eligible checking account. For more information, please visit bankofamerica.com/fees to review the Personal Schedule of Fees.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 04/08/19 | Online Banking transfer from CHK 9071 Confirmation# 3375022480 | 4,500.00 |
| **Total deposits and other additions** | | **$4,500.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 05/07/19 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$12.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

GEORGANNE DURRILL | Account #xxxxxxxx4418 | April 6, 2019 to May 7, 2019

Case 18-20295   Document 168-1   Filed in TXSB on 05/20/19   Page 9 of 11

## STATEMENT OF ACCOUNT

SEND INQUIRIES TO:

CORPUS CHRISTI S.P. CU
1120 N. TANCAHUA
CORPUS CHRISTI TX 78401
EIN: 74-1334335   Phone: (361) 888-8332

GEORGANNE C GASAWAY
22 HEWIT
CORPUS CHRISTI TX 78404

| MEMBER ACCOUNT # | SOCIAL SECURITY # |
|---|---|
| ▆4370 | **ON FILE** |
| STATEMENT PERIOD | PAGE |
| ENDING   03/31/2018 | 1 |

001-000082

| DATE | DESCRIPTION OF TRANSACTION | TRANSACTION AMOUNT | BALANCE |
|---|---|---|---|
| 00 | REGULAR SHARE ACCOUNT    01/01/18 - 03/31/18 Prev.Bal. |  | 43.82 |
|  | Dividends Paid Year to date    $.00 |  |  |

Federally insured by NCUA



EACH LOAN MARKED * IS OPEN END CREDIT. THE (DAILY) PERIODIC RATE AND THE ANNUAL PERCENTAGE RATE USED TO COMPUTE THE FINANCE CHARGE FOR EACH OF THESE LOANS IS PRINTED UNDER THE LAST TRANSACTION RELATING TO THAT LOAN. THE (DAILY) PERIODIC RATE IS APPLIED TO YOUR BALANCE FOR EACH DAY SUCH BALANCE IS OUTSTANDING. YOUR BALANCE CHANGES AS NEW AMOUNTS ARE BORROWED AND AS PAYMENTS ARE MADE OR CREDITS GIVEN. TRANSACTION DATES SHOWN ARE THE DATES AMOUNTS WERE POSTED TO YOUR ACCOUNTS.

NOTICE - SEE REVERSE SIDE OF STATEMENT FOR IMPORTANT INFORMATION



## PERSONAL CHECKING: Account Activity

**All Transactions**

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 04/30/2019 | CHICKEN EXPRESS S 04/29 PURCHASE CORPUS CHRIST TX | C | -34.63 | |
| 04/29/2019 | LOWE'S #1825 04/29 PURCHASE CORPUS CHRSTI TX | C | -9.71 | |
| 04/29/2019 | H-E-B #413 04/28 PURCHASE CORPUS CHRIST TX | C | -90.32 | |
| 04/29/2019 | H-E-B #210 04/27 PURCHASE CORP CHRISTI TX | C | -42.62 | |
| 04/26/2019 | H-E-B GAS/CARW 04/26 PURCHASE CORPUS CHRIS TX | C | -27.42 | |
| 04/26/2019 | H-E-B #413 04/26 PURCHASE CORPUS CHRIST TX | C | -49.65 | |
| 04/26/2019 | AMZN Mktp US*MZ7E 04/25 PURCHASE Amzn.com/bill WA | C | -6.05 | |
| 04/26/2019 | AMZN Mktp US*MZ18 04/25 PURCHASE Amzn.com/bill WA | C | -6.29 | |
| 04/25/2019 | H-E-B #413 04/25 PURCHASE CORPUS CHRIST TX | C | -89.19 | |
| 04/25/2019 | CHICKEN EXPRESS S 04/24 PURCHASE CORPUS CHRIST TX | C | -19.47 | |
| 04/24/2019 | WM SUPERCENTER 04/24 PURCHASE CORPUS CHRIST TX | C | -8.15 | |
| 04/24/2019 | WU Hyundai/WU 04/24 PURCHASE Irvine CA | C | -509.16 | |
| 04/24/2019 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXX8367D2 SSA INDN:GEORGANNE C... | C | 1,648.00- | |
| 04/22/2019 | CVS/PHARMACY # 04/20 PURCHASE CORPUS CHRIST TX | C | -2.70 | |
| 04/22/2019 | 1681 GREAT CLIPS 04/20 PURCHASE CORPUS CHRIST TX | C | -16.00 | |
| 04/19/2019 | H-E-B #413 04/19 PURCHASE CORPUS CHRIST TX | C | -13.60 | |
| 04/16/2019 | ETSY INC DES:DEPOSIT ID:57942827 INDN:GEORGANNE DURRILL CO ID:XXXXX98921 PPD | C | 0.01- | |
| 04/15/2019 | H-E-B #413 04/14 PURCHASE CORPUS CHRIST TX | C | -37.09 | |

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 04/15/2019 | H-E-B #210 04/13 PURCHASE CORP CHRISTI TX | C | -15.19 | |
| 04/15/2019 | QUEEN NAILS AND S 04/13 PURCHASE CORPUS CHRIST TX | C | -20.00 | |
| 04/15/2019 | CHICO'S # 3844 04/13 PURCHASE CORPUS CHRIST TX | C | -11.29 | |
| 04/15/2019 | MACYS LA PALMERA 04/12 REFUND CORPUS CHRIST TX | C | 88.77 | |
| 04/12/2019 | WALGREENS 4161 04/12 PURCHASE CORPUS CHRIST TX | C | -8.11 | |
| 04/12/2019 | MACY'S 5488 04/12 PURCHASE CORPUS CHRIST TX | C | -32.46 | |
| 04/12/2019 | MACY'S 5488 04/12 PURCHASE CORPUS CHRIST TX | C | -29.23 | |
| 04/10/2019 | GOTPRINT.COM 04/09 PURCHASE 818-252-3000 CA | C | -28.90 | |
| 04/09/2019 | PROG COUNTY MUT DES:INS PREM ID:XXXXX2767 Georg INDN:Georganne... | C | -314.57 | |
| 04/09/2019 | WILLIAMS-SONOMA E 04/08 PURCHASE 800-541-1262 CA | C | -16.18 | |
| 04/09/2019 | LOVE S TRAVEL 000 04/08 PURCHASE SINTON TX | C | -23.67 | |
| 04/08/2019 | H-E-B #210 04/08 PURCHASE CORP CHRISTI TX | C | -122.85 | |
| 04/08/2019 | SHIPLEY DONUTS - 04/07 PURCHASE CORPUS CHRIST TX | C | -13.18 | |
| 04/08/2019 | BARNESNOBLE 04/06 PURCHASE Corpus Christ TX | C | -20.51 | |
| 04/08/2019 | Online Banking transfer from CHK 9071 Confirmation# 7358979511 | C | 700.00 | |
| 04/04/2019 | Online Banking transfer to CHK 9071 Confirmation# 6541603767 | C | -150.00 | |
| 04/03/2019 | MACYS .COM 04/02 PURCHASE 800-289-6229 OH | C | -88.77 | |
| 04/02/2019 | H-E-B #413 04/02 PURCHASE CORPUS CHRIST TX | C | -18.54 | |
| 04/02/2019 | CVS/PHARM 0232 04/02 PURCHASE CORPUS CHRIST TX | C | -18.71 | |
| 04/01/2019 | H-E-B #413 03/30 PURCHASE CORPUS CHRIST TX | C | -14.66 | |
| 04/01/2019 | H-E-B #413 03/30 PURCHASE CORPUS CHRIST TX | C | -80.23 | |
| 04/01/2019 | CITY OF CORPUS CH 03/29 PURCHASE CORPUS CHRIST TX | C | -412.85 | |

2401.95